**Order entered July 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00548-CR
No. 05-15-00549-CR

**DADRIANNE NICHOLE TURNER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause Nos. F11-70784-H, F13-55178-H

## ORDER

The Court **REINSTATES** the appeals.

On July 13, 2015, we ordered the trial court to make findings regarding whether the record of the April 2, 2015 hearing had been lost or destroyed. On July 20, 2015, court reporter Gina Udall filed the record of the April 2, 2015 hearing. Therefore, in the interest of expediting the appeal, we **VACATE** the July 13, 2015 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/    ADA BROWN
        JUSTICE